UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                          Case No. 06-cr-16-01-SM

Wayne Thompson

O R D E R

Defendant's assented-to motion to continue the trial (document no. 10) is granted. Trial has been rescheduled for the June 2006 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than May 1, 2006. On the filing of such waiver, his continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the

exercise of due diligence under the circumstances.

    Final Pretrial Conference:  May 22, 2006 at 10:00 AM

    Jury Selection:  June 6, 2006 at 9:30 AM

    SO ORDERED.

April 26, 2006

                                      Steven J. McAuliffe
                                      Chief Judge

cc:  Helen Fitzgibbon, Esq.
     Harry Batchelder, Esq.
     U. S. Probation
     U. S. Marshal