UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                         Case No.  06-cr-16-01-SM

<u>Wayne Thompson</u>

<u>O R D E R</u>

Defendant Thompson's motion to continue the final pretrial conference and trial is granted (document 23).   Trial has been rescheduled for the October 2006 trial period.  Defendant Thompson shall file a waiver of speedy trial rights not later than September 7, 2006.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference/Change of Plea:** September 25, 2006 at 2:30 p.m.

**Jury Selection**: October 3, 2006 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

August 29, 2006

cc: Harry Batchelder, Jr., Esq.
    Helen Fitzgibbon, AUSA
    US Probation
    US Marshal