**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    v.                        Criminal No. 06-cr-016-01-SM

<u>Wayne Thompson</u>

**O R D E R**

Defendant appeared for a bail revocation hearing pursuant to 18 U.S.C. § 3148.

Defendant has pled guilty and is due for sentencing on January 5, 2007. On motion he was bailed to a "28 day" program. Without permission of the court or the probation officer, defendant left Keystone after 21 days on his own accord. He twice was turned down for the Farnum Center "28 day" residential program for lack of motivation. He also took a prescription drug supplied by a friend. He has lied to his lawyer about what his probation officer said and to that officer about what his lawyer said. Given the number of failed opportunities to comply with conditions I find that the defendant is unlikely to abide by any condition or combination of conditions. The conditions of release are revoked.

Accordingly, it is **ORDERED** that the defendant be detained pending sentencing.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: October 25, 2006

cc:   Helen W. Fitzgibbon, Esq.
      Harry C. Batchelder, Jr., Esq.
      U.S. Marshal
      U.S. Probation